### JOHN D. ANDERSON *vs.* CALEB NUTTER

An action for a freedom suit due by indenture of apprenticeship is within the jurisdiction of a justice of the peace.

CERTIORARI to Justice Lowber.

Record. *Nutter* vs. *Anderson.* Action for work and labor, and for *a freedom suit due by indenture of apprenticeship*, $20.

A copy of the indenture was sent up with the record. It was under seal and in the usual form; and one of the covenants was "to give said apprentice when free, a freedom suit of clothes of a tolerable good quality, over and above his common clothes."

Trial by referees and judgment for plaintiff.

The exception taken to the record was, that this was not within the jurisdiction of a justice of the peace; but

*The Court* said it was a contract for the delivery of a chattel, and within the magistrate's jurisdiction.

Judgment affirmed.

*Frame*, for plaintiff in error.